# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| RAEVON TERRELL PARKER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 4:24-cv-01468-MTS |
| ) | |
| STATE OF MISSOURI, ) | |
| ) | |
| Defendant. ) | |

## MEMORANDUM AND ORDER

This closed matter is before the Court on Plaintiff Raevon Terrell Parker's Motion to Proceed in Forma Pauperis on Appeal. Doc. [7]. As stated on the form Plaintiff used to file his motion, he must submit a certified copy of his prison account statement reflecting the amount of money on deposit during the last six (6) months. Doc. [7] at 3. A "certified copy" is one that has been certified as true and correct by an authorized prison official. *Id.* The form further warns that failure to provide a certified account statement will result in the denial of the motion. *Id*.

Plaintiff has not submitted a certified copy of his prison account statement. Given his self-represented status, the Court will allow him forty-five (45) days to do so.

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff shall, no later than **Friday, May 16, 2025**, submit a certified copy of his prison account statement reflecting the amount of money on deposit during the last six (6) months. Failure to do so will result in the denial of his motion.

**IT IS FURTHER ORDERED** that the Clerk of Court shall mail to Plaintiff three (3) copies of this Memorandum and Order so that Plaintiff may provide copies to the appropriate jail officials to assist him in obtaining a certified copy of his account statement.

Dated this 1st day of April 2025.

_____
MATTHEW T. SCHELP
UNITED STATES DISTRICT JUDGE